**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

JUSTIN COLLINS,

           Plaintiff,

v.                                         CIVIL ACTION NO.   2:26-cv-00197

VANESSA FANG, et al.,

           Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636. On March 16, 2026, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations ("PF&R"), [ECF No. 5], and recommended that the court **DENY** the Plaintiff's Application to Proceed Without Prepayment of Fees or Costs, [ECF No. 1], and **DISMISS** this action. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **DENIES** the Plaintiff's

Application to Proceed Without Prepayment of Fees or Costs, [ECF No. 1], and **DISMISSES** this action from the court's docket.

The court **DIRECTS** the Clerk to send a copy of this Memorandum Opinion and Order to counsel of record and any unrepresented party.

ENTER:      April 6, 2026

_____

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE